AMY WINTERSHEIMER FINDLEY (BAR NO. 163074)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
501 West Broadway, 15th Floor
San Diego, California 92101-3541
Phone: (619) 233-1155
Fax: (619) 233-1158
E-Mail: awintersheimer@allenmatkins.com

Attorneys for Defendant
DELTA AIR LINES, INC.

FILED
CLERK, U.S. DISTRICT COURT
May 21, 2015
CENTRAL DISTRICT OF CALIFORNIA
BY: PG DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVERETT PRATT,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>DELTA AIR LINES, INC.; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 14-cv-00815-CAS (JCx)<br><br>[PROPOSED] JUDGMENT<br><br>DATE: May 4, 2015<br>TIME: 10:00 a.m.<br>CRTRM: 5, 2nd Floor, Los Angeles - Spring Street<br>JUDGE: Hon. Christina A. Snyder<br><br>Complaint filed December 5, 2013 |

Defendant Delta Air Lines, Inc.'s Motion for Summary Judgment or, in the alternative, Partial Summary Judgment came on regularly for hearing before this Court, on May 4, 2015, Honorable Christina A. Snyder, United States District Judge presiding. The evidence and argument presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

IT IS ORDERED AND ADJUDGED that Plaintiff Everett Pratt take nothing, that the action be dismissed on the merits with prejudice each side to bear its costs of suit incurred herein.

Dated: May __21__, 2015

_____
Hon. Christina A. Snyder
Judge, United States District Court

827786.01/SD

[PROPOSED] JUDGMENT